UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Eugene Laron Johnson,

Case No. 22-cv-2229 (KMM/LIB)

Plaintiff,

v.                                                                    ORDER

Wayne Little,

Defendant.

The above matter comes before the Court upon the Report and

Recommendation (R&R) of United States Magistrate Judge Leo I. Brisbois, dated

December 16, 2022.  No objections have been filed to that R&R in the time period

permitted.

The Court reviews de novo any portion of the R&R to which specific

objections are made. 28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b). In the absence of

objections, the Court reviews the R&R for clear error. *Nur v. Olmsted County*, 563 F.

Supp. 3d 946, 949 (D. Minn. 2021) (citing Fed. R. Civ. P. 72(b) and *Grinder v. Gammon*,

73 F.3d 793, 795 (8th Cir. 1996) (per curiam)). Based on the Court's careful review of

the R&R and the record in this case, the Magistrate Judge committed no error, clear

or otherwise.

IT IS HEREBY ORDERED:

1. This action is **DISMISSED WITHOUT PREJUDICE** for lack of subject-matter jurisdiction.

2. Mr. Johnson's Application to Proceed in District Court Without Prepaying Fees or Costs [Dkt. No. 3] is **DENIED as moot.**

   **Let Judgment Be Entered Accordingly.**

Date: **March 14, 2023**                    *s/ Katherine M. Menendez*
                                            Katherine M. Menendez
                                            United States District Judge